STATE OF NEW JERSEY v. SANTOS MERCADO.

September 27, 1988.

Petition for certification denied.

JOAN M. PRIMAVERA v. CLARIDGE HOTEL & CASINO.

October 11, 1988.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF JOSEPH
SACCO, DECEASED.

October 11, 1988.

Petition for certification denied.

CITY OF PASSAIC v. THE BOARD OF CHOSEN
FREEHOLDERS.

October 24, 1988.

Petition for certification denied.